UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Barry Lee Thompson, # 08791-084, ) | C/A No. 2:11-654-JFA | |
| ) | | |
| Plaintiff, ) | | |
| ) | **ORDER** | |
| vs. ) | | |
| ) | | |
| Warden D. Drew; Lt. Miller; Capt. Dale Ray, ) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |

Plaintiff is a federal prisoner who, proceeding *pro se,* filed a Complaint concerning prison conditions pursuant to 42 U.S.C. § 1983. By Order dated March 29, 2011, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. [ECF No. 8] That Order was mailed to Plaintiff at his FCI-Bennettsville address, but it was returned to the Clerk of Court because Plaintiff was no longer at that address. [ECF No. 11] The Clerk of Court determined that Plaintiff had been moved to FCI-Petersburg Medium in Petersburg, Virginia, and the Clerk of Court re-mailed the March 29, 2011, Order and other documents to Plaintiff at FCI-Petersburg Medium. [ECF No. 12] The deadline for Plaintiff to comply with the proper form Order was reset to May 2, 2011, to give Plaintiff sufficient time to respond to this Court's Order. [ECF No. 13] It appears that Plaintiff received the package mailed to him at FCI-Petersburg Medium because the United States Post Office did not return it. Plaintiff was warned that failure to provide the necessary information within the timetable set in the Order would subject the case to dismissal. Plaintiff did not respond to the Order and the time for response has lapsed. Plaintiff has failed to prosecute this case and has failed to comply with an Order of this Court. The case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

IT IS SO ORDERED.

May 13, 2011  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge

**NOTICE OF RIGHT TO APPEAL**

Plaintiff is hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.

2